ACALUS L. PALMER, *Respondent, v.* ERWIN A. HUSSEY, *Appellant.* — Order affirmed, with ten dollars costs and disbursements, on the opinion of DANIELS, J.

MARY RICHARDSON, *Respondent, v.* THE WESTCHESTER INSURANCE COMPANY, *Appellant.* — Judgment affirmed.

WILLIAM TRACY and FREDERICK S. TALLMADGE, *Respondents, v.* DANIEL STEARNS and HENRY STEARNS, *Appellants.* — Order reversed, case restored to calendar. Opinion by DANIELS, J.

JOHN A. GRAY, *Appellant, v.* HENRY A. BURR, *Respondent.* — Order modified as directed in opinion, and affirmed as modified, without costs to either party. Opinion by DAVIS, P. J.

DUDLEY E. GAUTIER and JOSIAH H. GAUTIER, *Respondents, v.* THOMPSON J. FLINT and THE RUSSELL & ERWIN MANUFACTURING COMPANY, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

GEORGE P. KUNTZ, *Respondent, v.* CHRISTIAN BACHMAN, *Appellant,* Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

IN THE MATTER OF THE BROADWAY UNDERGROUND RAILWAY COMPANY. — Motion granted. Commissioners appointed and order entered.

THE ROCKY MOUNTAIN NATIONAL BANK, *Appellant, v.* GEORGE BLISS, *Respondent.* — Judgment affirmed. Opinion by DANIELS, J.

SAMUEL H. RANDALL, *Appellant, v.* JOSIAH CARPENTER and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE MANHATTAN RAILWAY COMPANY. — Motion denied. Opinion *Per Curiam.*